UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHERINE ARPS,

       Plaintiff,

vs.                                      CASE NO.:  8:19-cv-2645-T-35AEP

RAYMOND JAMES & ASSOCIATES, INC. and
RAYMOND JAMES FINANCIAL, INC.,

       Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**RAYMOND JAMES FINANCIAL, INC. WITHOUT PREJUDICE**

    Plaintiff, KATHERINE ARPS, by and through her undersigned attorney, dismisses Defendant Raymond James Financial, Inc. without prejudice with each party to bear its own fees and costs.


/s/ Marcus A. Castillo
MARCUS A. CASTILLO, B.C.S.
Haas & Castillo, PLLC
Arbor Shoreline Office Park
19321-C U.S. 19 North, Suite 401
Clearwater. FL 33764
marcus@haas-castillo.com
service@haas-castillo.com
Telephone: 727-535-4544
Telefax:  727-535-1855
Florida Bar Number 374733
Counsel for Plaintiff

 /s/ Walter A. Aye
WALTER A. AYE, ESQ.
Aye Law Firm
1710 N. 19th Street
Tampa, FL 33605
Telephone:  813-784-2507

Telefax: 813-254-9192
Email: waye@ayelaw.com
Florida Bar Number 207438
Co-Counsel for Plaintiff

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of November, 2019, I electronically filed the foregoing with the Clerk of the United States District Court via the CM/ECF system which will furnish a copy electronically to Heather Brock, Esq., Buchanan Ingersoll & Rooney, P.A., 401 E. Jackson Street, Suite 2400, Tampa, FL 33602, heather.brock@bipc.com, Counsel for Defendants.

    */s/ Marcus A. Castillo*
    MARCUS A. CASTILLO, B.C.S.